G. Thomas Martin, III, Esq. (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA  91436
T: (818) 907-2030; F: (818) 205-2730
tom@plglawfirm.com

Attorneys for Plaintiff
TANESHA TRAVIS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANESHA TRAVIS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br>CONSUMER PORTFOLIO SERVICES, INC.; and DOES 1 to 10, inclusive,<br><br>　　　　Defendants. | **Case No.:** 2:12-cv-01864-GEB-GGH<br><br>**VOLUNTARY DISMISSAL** |

## **VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

　　　Plaintiff TANESHA TRAVIS (hereinafter "Plaintiff"), by and through her attorneys, PRICE LAW GROUP APC, hereby voluntarily dismisses the above-entitled case without prejudice.

|   |   |
|---|---|
| | RESPECTFULLY SUBMITTED, |
| DATED:  July 31, 2012 | **PRICE LAW GROUP APC** |
| | By: /s/ G. Thomas Martin, III |
| | G. Thomas Martin, III |
| | Attorney for Plaintiff |